**Order entered May 16, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01479-CV

## IN THE INTEREST OF J.R.W., A CHILD

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-56410-2010**

## ORDER

We **GRANT** appellee's May 12, 2016 opposed motion for extension of time to file brief.

Appellee's brief is **DUE** June 6, 2016.

/s/     CRAIG STODDART
        JUSTICE